IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-185-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAIKU GONDO BARRIE, | ) | |
| | ) | |
| Defendant. | ) | |

On October 31, 2016, Saiku Gondo Barrie filed a motion to postpone restitution payment [D.E. 56]. The judgment is correct. The Bureau of Prisons retains discretion under the Inmate Financial Responsibility Program to reduce the monthly payment amount if, in fact, the current amount constitutes a hardship. The motion [D.E. 56] is DENIED.

SO ORDERED. This 16 day of March 2017.

JAMES C. DEVER III
Chief United States District Judge